UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
***(Electronically Filed)***

| | | |
|---|---|---|
| PHILANESHA BLAND,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS BPM LIMITED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:24-CV-130-GNS |

**JOINT NOTICE OF DISMISSAL**

*** *** ***

Plaintiff, Philanesha Bland and Defendant, Infosys BPM Limited, hereby give Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that this action is dismissed with prejudice and without right to refile or reinstate as the parties have amicably resolved all issues in this proceeding, including all issues concerning attorney's fees and costs.

Respectfully submitted this 12th day of July 2024:

*/s/ Andrew Dutkanych III (w/ permission)*
Andrew Dutkanych III, Atty No. 91190
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
E-mail: ad@bdlegal.com

COUNSEL FOR PLAINTIFF

*/s/ Emily N. Litzinger*
Emily N. Litzinger
Erin M. Shaughnessy
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3978
Facsimile: (502) 561-3978
E-mail: elitzinger@fisherphillips.com
eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANT